

# NUMBER 13-23-00109-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

CDM RESOURCE MANAGEMENT,
LTD, AND USA COMPRESSION
PARTNERS, LLC,                                                     Appellants,

v.

VICTORIA CENTRAL APPRAISAL
DISTRICT,                                                          Appellee.

On appeal from the 24th District Court
of Victoria County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Silva and Peña
Memorandum Opinion by Justice Peña**

This matter is before the Court on appellants' motion to dismiss appeal. Appellants

request dismissal stating that the parties have negotiated a settlement.

The Court, having considered appellants' motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1) (allowing the Court to "dismiss the appeal or affirm the appealed judgment or order unless such disposition would prevent a party from seeking relief to which it would otherwise be entitled"). Accordingly, we grant the motion to dismiss, and we dismiss the appeal. As appellants' motion does not state otherwise, costs will be taxed against appellants. *See id.* R. 42.1(d). Because the appeal is dismissed at appellants' request, no motion for rehearing will be entertained.

L. ARON PEÑA JR.
Justice

Delivered and filed on the
9th day of November, 2023.